# Court of Appeals
# of the State of Georgia

ATLANTA, May 22, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0506. NICHELLE TAYLOR v. KRYSTAL PADILLA.

In this personal injury action, the trial court entered a final judgment for $27,795 plus post-judgment interest against NichelleTaylor and in favor of Krystal Padilla. Taylor filed a motion to set aside and to stay execution of the final judgment and on March 18, 2026, the trial court entered an order denying that motion. Taylor filed a direct appeal from the trial court's order, which this Court dismissed for lack of jurisdiction.[1] Case No. A26A1799 (April 28, 2026). On May 5, 2026, Taylor filed this application for discretionary appeal from the March 18 order. However, we again lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of the entry of the order, decision, or judgment sought to be appealed. OCGA § 5-6-35(d). This statutory deadline is jurisdictional, and this Court cannot accept an application for appeal not made in compliance with the relevant statute. See *In the Interest of B. R. F.*, 299 Ga. 294, 298 (788 SE2d 416) (2016) (holding that an appellate court lacks jurisdiction over an untimely application for discretionary appeal).

---

[1] As the dismissal order explained, a party seeking to appeal from the denial of a motion to set aside under OCGA § 9-11-60(d) must file an application for discretionary appeal. See OCGA § 5-6-35(a)(8), (b); *Lemcon USA Corp. v. Icon Tech. Consulting*, 301 Ga. 888, 892 (804 SE2d 347) (2017).

Taylor failed to meet the statutory deadline, as she did not file her application until 48 days following entry of the order at issue.

Consequently, we are without jurisdiction to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  05/22/2026

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*